# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 99-2291

_____

Michael Anthony Gottson, Sr., also    *
known as Michael Anthony Gotson,    *
                                  *
          Appellant,    *
                                  *
      v.    *
                                  *
Arkansas Children's Hospital, Director;    *    Appeal from the United States
DOES, Physicians, Health Care    *    District Court for the
Providers, Specialists, Director,    *    Eastern District of Arkansas.
Tending Nurses, Administrative    *
Supervisor-tending status, Night Flight    *    [UNPUBLISHED]
Medical Emergency Transportation    *
Unit Pilots & Health Care Providers    *
and/or Medical Staff who treated    *
Anthony Gotson, Jr.,    *
                                  *
          Appellees.    *

_____

Submitted: November 23, 1999
Filed: November 26, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Michael Anthony Gottson, Sr., appeals the District Court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of his medical malpractice action. We deny Gottson's post-appeal motion to join additional defendants and add claims. See Spear v. Dayton's, 771 F.2d 1140, 1144 (8th Cir. 1985) (claims not presented to District Court need not be considered). After a de novo review of the record, we conclude dismissal was proper, and a comprehensive opinion in this diversity case would lack precedential value. We thus affirm the District Court's opinion without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

-2-